UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY MCGEE,<br><br>   Plaintiff,<br><br> v.<br><br>THE CALIFORNIA DEPARTMENT OF JUSTICE, and others,<br><br>   Defendants. | Case No.  5:25-cv-10936 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Charles R. Breyer for consideration of whether the case is related to 3:24-cv-07044 CRB, *Anthony S. McGee v. Oakland Police Department, et al.*

**IT IS SO ORDERED.**

Dated: December 29, 2025

                  _____
                  NATHANAEL M. COUSINS
                  United States Magistrate Judge

Case No. 25-cv-10936 NC
SUA SPONTE JUDICIAL REFERRAL