UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY S. MCGEE,

         Plaintiff,

     v.

OAKLAND POLICE DEP'T, et al.,

         Defendant(s).

Case No. 24-cv-07044-CRB  (PR)

**ORDER DENYING RELATIONSHIP UNDER CIVIL LOCAL RULE 3-12**

On December 23, 2025, Anthony S. McGee filed case McGee v. The California Department of Justice, et al., 25-cv-10936-NC.  The case has been referred to the undersigned for consideration of whether it is related to the above-captioned and now closed earlier case by Mr. McGee, McGee v. Oakland Police Department, et al., 24-cv-7044-CRB, within the meaning of Civil Local Rule 3-12.

An action is related to another under Civil Local Rule 3-12, when: (1) the actions concern substantially the same parties, property, transaction, or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.  Civil L. R. 3-12(a).  The court finds McGee v. The California Department of Justice, et al., 25-cv-10936-NC, is not related to McGee v. Oakland Police Department, et al., 24-cv-7044-CRB, within the meaning of Civil Local Rule 3-12.

The clerk is instructed to file a copy of this order in both cases.

**IT IS SO ORDERED**.

Dated: March 24, 2026

_____

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California